FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 APR 24 AM 11:55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 8:08CR-170 |
| | ) |
| vs. | ) INDICTMENT |
| | ) |
| PARISH SWIFT, | ) [18 U.S.C. § 922(g) |
| | ) 18 U.S.C. § 924(a)(2) and (d) & |
| Defendant. | ) 28 U.S.C. § 2461(c)] |

The Grand Jury Charges:

## COUNT I

On or about the 23RD day of March, 2008, in the District of Nebraska, PARISH SWIFT, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in that in the District Court of Douglas County, Nebraska, on or about September 1, 2005, for the offense of Possession of Controlled Substance and in the District Court of Douglas County, Nebraska, on or about May 29, 2002, for the offense of Terroristic Threats, did knowingly possess a firearm, a Firestar .45 ACP semi-automatic handgun, and ammunition which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g) and Title 18, United States Code, Section 924(a)(2).

## COUNT II

Upon conviction of the offense charged in Count 1 set forth herein, any and all interest the Defendant, PARISH SWIFT, has in a Firestar .45 ACP semi-automatic handgun, which had been previously shipped and transported in interstate commerce, a firearm involved or used in the knowing commission of the offense charged in Count I herein, is hereby vested in the United States and forfeited to the same.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
SANDRA L. DENTON
Assistant U.S. Attorney