IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR170 |
| | ) | |
| PARISH SWIFT, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

     UPON THE RESTRICTED MOTION [27] of the defendant,

     IT IS ORDERED that the motion is granted and the evidentiary hearing on the Motion to Suppress [18] is continued to **August 22, 2008** at **9:30 a.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 17th day of July, 2008.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge