IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>           Plaintiff,                            )<br>                                                           )<br>     vs.                                               )<br>                                                           )<br>PARISH SWIFT,                              )<br>                                                           )<br>           Defendant.                          ) | 8:08CR170<br><br>ORDER |

   This matter is before the court on the motion [31] of Julie B. Hansen for leave to withdraw as counsel for the defendant due to a conflict of interest.  Good cause being shown, the motion will be granted and the court will appoint a CJA panel attorney.

   **IT IS ORDERED:**

   1.   The Motion to Withdraw as Attorney of Record [31] is granted, and the appearance of Julie B. Hansen is hereby deemed withdrawn.

   2.   Jerry M. Hug is appointed as attorney of record for the above-named defendant.

   3.   The order setting hearing [29] remains in effect.

   **DATED this 31st day of July, 2008.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**