IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CR170 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PARISH SWIFT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a new trial and/or judgment of acquittal, Filing No. 92, and supporting brief, Filing No. 93.  Defendant contends that (1) insufficient evidence existed to find him guilty, and (2) this court should have declared a mistrial during closing arguments.  The court has carefully reviewed the motion and brief and denies the motion.  The defendant received a fair trial and substantial evidence existed to support the jury verdict.

THEREFORE, IT IS ORDERED that defendant's motion for a new trial and/or judgment of acquittal, Filing No. 92, is denied.

DATED this 3rd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge