UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,            ) | 8:08CR170 |
| ) | |
| vs.            ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| PARISH SWIFT,            ) | |
| ) | |
| Defendant.            ) | |

NOW ON THIS 9th day of June, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On April 2, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's being found guilty by a jury of his peers on Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Firestar .45 ACP semi-automatic handgun, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on April 7, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on June 8, 2009 (Filing No. 98).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the subject property Firestar .45 ACP semi-automatic handgun, held by any person or entity, is hereby forever barred and foreclosed.

    C.  The Firestar .45 ACP semi-automatic handgun, be, and the same hereby is, forfeited to the United States of America .

    D.  The Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

    DATED this 9th day of June, 2009.

                           **BY THE COURT:**

                           s/ Joseph F. Bataillon
                           **JOSEPH F. BATAILLON, CHIEF JUDGE**
                           **United States District Court**