IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:08CR170 |
| vs. | |
| PARISH SWIFT, | ORDER |
| Defendant. | |

Defendant Parish Swift appeared before the court on Wednesday, February 5, 2014 on a Petition for Warrant or Summons for Offender Under Supervision [142]. The defendant was represented by Assistant CJA Panel Attorney Jerry M. Hug and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

IT IS FURTHER ORDERED:

1. A final dispositional hearing will be held before Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 13, 2014 at 1:00 p.m. Defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 5th day of February, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge